**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Michael E Parks, Jr.** |
| Debtor 2 (Spouse if, filing) | **Michelle Parks** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PA |
| Case number (if known) | 23-12510 |

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1 Ann Gouak**
Creditor's Name

**Describe the property that secures the claim:** $58,478.00  $34,800.00  $23,678.00

5350 Glenmore Avenue Philadelphia, PA 19143  Philadelphia County
mortage held by Ann Gouak last address 5 Vallen Sq. Suite 103, Blue Bell PA 19422 - no payments ever made.

**5 Valley Square**
**Suite 103**
**Blue Bell, PA 19422**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| Debtor 1 | Michael E Parks, Jr. | | | Case number (if known) | 23-12510 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Michelle Parks | | | | |
| | First Name | Middle Name | Last Name | | |

---

**2.2  Nicholas Carone**
Creditor's Name

**Describe the property that secures the claim:** $55,000.00    $92,300.00    $0.00

5916 Belmare Terrace Philadelphia, PA 19143  Philadelphia County  Surrender-"Owned by "Another Investment 1, LLC, which is 100% ownded by Debtor 1"

**1300 Horizon Dr #111**
**Chalfont, PA 18914**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

**2.3  PA Dept of Revenue**
Creditor's Name

**Describe the property that secures the claim:** $558.39    $0.00    $558.39

Real Estate Tax Lien-5350 Glenmore Avenue, Philadelphia PA

**PO Box 280946**
**PA 17128**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

**2.4  PA Dept of Revenue**
Creditor's Name

**Describe the property that secures the claim:** $749.84    $0.00    $749.84

5350 Glenmore Avenue, Philadelphia PA

**PO Box 280946**
**PA 17128**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)  Real Estate Tax Lien

Date debt was incurred _____    Last 4 digits of account number _____

---

Debtor 1  **Michael E Parks, Jr.**
         First Name      Middle Name      Last Name

Debtor 2  **Michelle Parks**
         First Name      Middle Name      Last Name

Case number (if known)  **23-12510**

---

**2.5 PA Dept of Revenue**
Creditor's Name

**PO Box 280946**
**PA 17128**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:  **$773.23**   **$0.00**   **$773.23**

**Real Estate Tax Lien-5350 Glenmore Avenue, Philadelphia PA**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

**2.6 PA Dept of Revenue**
Creditor's Name

**PO Box 280946**
**PA 17128**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:  **$797.04**   **$0.00**   **$797.04**

**Real Estate Tax Lien-5350 Glenmore Avenue, Philadelphia PA**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

**2.7 PA Dept of Revenue**
Creditor's Name

**PO Box 280946**
**PA 17128**
Number, Street, City, State & Zip Code

Describe the property that secures the claim:  **$651.68**   **$0.00**   **$651.68**

**Real Estate Tax Lien-5350 Glenmore Avenue, Philadelphia PA**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| Debtor 1 | Michael E Parks, Jr. | | Case number (if known) | 23-12510 |
|---|---|---|---|---|
| | First Name / Middle Name / Last Name | | | |
| Debtor 2 | Michelle Parks | | | |
| | First Name / Middle Name / Last Name | | | |

---

**2.8 Visio Financial Services, Inc.**
Creditor's Name

1425 Greenway Drive
Irving, TX 75038
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** $56,620.00   $0.00   $56,620.00

5916 Belmare Terrace Philadelphia, PA 19143  Philadelphia County Surrender-"Owned by "Another Investment 1, LLC, which is 100% ownded by Debtor 1"

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

**2.9 Water Revenue Bureau**
Creditor's Name

1415 JKF Blvd.
15th Floor
Philadelphia, PA 19105
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** $17,104.00   $0.00   $17,104.00

5916 Belmare Terrace Philadelphia, PA 19143  Philadelphia County

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

**2.10 Water Revenue Bureau**
Creditor's Name

1415 JKF Blvd.
15th Floor
Philadelphia, PA 19105
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** $1,414.51   $0.00   $1,414.51

5916 Belmare Terrace Philadelphia, PA 19143  Philadelphia County

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

---

| Debtor 1 | Michael E Parks, Jr. | | | Case number (if known) | 23-12510 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Michelle Parks | | | | |
| | First Name | Middle Name | Last Name | | |

---

**2.11**

**Water Revenue Bureau**
Creditor's Name

**1415 JKF Blvd.**
**15th Floor**
**Philadelphia, PA 19105**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**5916 Belmare Terrace Philadelphia, PA 19143  Philadelphia County**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number _____

$1,291.73   $0.00   $1,291.73

---

**2.12**

**Water Revenue Bureau**
Creditor's Name

**1415 JKF Blvd.**
**15th Floor**
**Philadelphia, PA 19105**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [✓] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

**5916 Belmare Terrace Philadelphia, PA 19143  Philadelphia County**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset) _____

Last 4 digits of account number _____

$1,163.55   $0.00   $1,163.55

---

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $194,601.97 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $194,601.97 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.