UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| MICHAEL E. PARKS, and | : | |
| MICHELLE PARKS, | : | |
| | : | BANKR. NO.: 23-12510 (AMC) |
| | : | |
| Debtors. | : | |

## PRAECIPE

**Kindly ENTER** the Consent ORDER directing refund of attorney compensation submitted herewith.

          Respectfully submitted,

          Andrew R. Vara
          United States Trustee
          For Regions 3 and 9

      By:  */s/ George M. Conway*
          George M. Conway
          Trial Attorney
          Office of United States Trustee
          Robert N.C. Nix Federal Bldg.
Dated: December 27, 2023      900 Market Street, Room 320
          Philadelphia, PA  19107
          Phone: (215) 597-4411