UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MICHAEL E. PARKS, and | : | BANK. NO. 23-12510 amc |
| MICHELLE PARKS, | : | |
| | : | |
| Debtors. | : | |

**CONSENT ORDER DIRECTING PARTIAL REFUND OF FEES TO DEBTORS**

This matter having been opened to the court by the office of the United States Trustee and Attorney Erik Jensen, as counsel for the Debtors, and by agreement and consent given to the relief granted herein;

It is on this _____ day of December, 2023, ORDERED that Attorney Erik Jensen is hereby directed within ten days of the entry of the within Order to refund to the Debtors the sum of $1,027.00, which sum amounts to one half of the fees counsel charged debtors in this case. Attorney Jensen is further directed to file and serve a certification of compliance with this Order withing 14 days of the entry of the within Order.

_____
Ashely M. Chan
United State Bankruptcy Judge

Consent is hereby given to the
form and content of the within Order.

_____
Erik Jensen
Attorney for Debtors