# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Michael E. Parks, Jr.,<br>　　Michelle Parks,<br><br>　　　　　　Debtors. | Case No. 23-12510-amc<br><br>Chapter 7 |

### Debtors' Motion to Extend Time to Complete Financial Management Course

**AND NOW**, Debtors Michael E. Parks, Jr. and Michelle Parks, by and through their attorney, move this Court for an extension of time to complete a financial management course. In support of this motion, the Debtors state as follows:

1. To obtain a discharge, the Debtors must complete a financial management course on or before January 4, 2024. ECF No. 33.

2. The Debtors have not yet completed the course but intend to do so in short order.

3. The Debtors request an extension until January 31, 2024, to complete the course.

**NOW, THEREFORE**, the Debtors ask this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: January 2, 2024

CIBIK LAW, P.C.
*Counsel for Debtors*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com