**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Michael E. Parks, Jr.,<br>Michelle Parks,<br><br>Debtors. | Case No. 23-12510-amc<br><br>Chapter 7 |

### Order Granting Debtors' Motion to Extend Time to Complete Financial Management Course

**AND NOW**, upon consideration of the Debtors' Motion to Extend Time to Complete Financial Management Course, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtors shall file a statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement on or before **January 31, 2024**.

3. If the Debtors fail to do so, this case may be closed, without further notice or hearing, and without the Debtors receiving their chapter 7 discharge.

Date:

                                                                         Ashely M. Chan
U.S. Bankruptcy Judge