**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-12510-amc |
| Michael E. Parks, Jr., Michelle Parks, | Chapter 7 |
| Debtors. | |

### Certificate of Service

I certify that on this date I caused a true and correct copy of the Debtors' Motion to Extend Time to Complete Financial Management Course to be served on the U.S. Trustee and the standing chapter 13 trustee through the CM/ECF system along with all attachments.

Date: January 2, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com