Certificate Number: 14912-PAE-DE-037931767

Bankruptcy Case Number: 23-12510



14912-PAE-DE-037931767

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 11, 2023, at 12:23 o'clock PM EST, Michael Parks completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  November 11, 2023           By:     /s/Jai Bhatt

                                   Name:   Jai Bhatt

                                   Title:  Counselor

Certificate Number: 14912-PAE-DE-037931768

Bankruptcy Case Number: 23-12510



14912-PAE-DE-037931768

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 11, 2023, at 12:23 o'clock PM EST, Michelle Parks completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 11, 2023           By:    /s/Jai Bhatt

                                    Name:  Jai Bhatt

                                    Title: Counselor