**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Michael E. Parks, Jr.,<br>Michelle Parks,<br><br>Debtors. | Case No. 23-12510-amc<br><br>Chapter 7 |

### Order Denying Debtors' Motion to Extend Time to Complete Financial Management Course

**AND NOW**, upon consideration of the Debtors' Motion to Extend Time to Complete Financial Management Course, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **DENIED as moot**.

Date: Jan. 11, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Judge