United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12510-amc |
| Michael E Parks, Jr. | Chapter 7 |
| Michelle Parks | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 12, 2024 | Form ID: 318 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael E Parks, Jr., Michelle Parks, 120 Theresa Lane, Telford, PA 18969-2279 |
| 14809122 | + | American Mortgage Investment Partners, Management, LLC, P.O. Box 2741, Seal Beach, CA 90740-1741 |
| 14809127 | + | Camaplan Administrator FBO, Mitesh Baria IRA, 122 East Butler Ave, Suite 100, Ambler, PA 19002-4416 |
| 14809136 | + | Matthew Holbert, c/o Donald Benedetto, Esquire, 1500 JFK Blvd, Suite 1203, Philadelphia, PA 19102-1750 |
| 14809137 | + | Mitesh Baria, 122 E. Butler Avenue, Suite 100, Ambler, PA 19002-4416 |
| 14809138 | + | Nicholas Carone, 1300 Horizon Dr #111, Chalfont, PA 18914-3970 |
| 14809145 | + | Quaint Oak, 501 Knowles Avenue, Southampton, PA 18966-3874 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Jan 13 2024 05:12:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Jan 13 2024 00:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jan 13 2024 05:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2024 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14809115 | + | Email/Text: backoffice@affirm.com | Jan 13 2024 00:14:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 14809116 | + | Email/Text: bncnotifications@pheaa.org | Jan 13 2024 00:13:00 | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14809117 | + | Email/Text: broman@amhfcu.org | Jan 13 2024 00:14:00 | American Heritage FCU, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14809119 | + | Email/Text: broman@amhfcu.org | Jan 13 2024 00:14:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14809124 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2024 00:22:03 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14809123 | + | Email/PDF: bncnotices@becket-lee.com | Jan 13 2024 00:22:04 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14809126 | | EDI: BMW.COM | Jan 13 2024 05:12:00 | Bmw Financial Services, Attn: |

| Recip ID | Bypass | Notice Type / EDI | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy/Correspondence, Po Box 3608, Dublin, OH 43016 |
| 14809125 | ^ | MEBN | Jan 13 2024 00:10:12 | Bay Area Credit Services, 4145 Shackleford Road, Norcross, GA 30093-3541 |
| 14809128 | + | Email/Text: bankruptcy@cavps.com | Jan 13 2024 00:14:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14809131 | + | EDI: CITICORP | Jan 13 2024 05:12:00 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14809132 | + | EDI: WFNNB.COM | Jan 13 2024 05:12:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14809133 | + | EDI: DISCOVER | Jan 13 2024 05:12:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14809129 | | EDI: JPMORGANCHASE | Jan 13 2024 05:12:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14809134 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jan 13 2024 00:14:00 | Keybank NA, Key Bank; Attention: Recovery Payment Pr, 4910 Tiedeman Road (Routing Code: 08-01-, Brooklyn, OH 44144-2338 |
| 14809135 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 13 2024 00:13:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14809139 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 13 2024 00:13:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 14809140 | | Email/Text: bankruptcydocs@osla.org | Jan 13 2024 00:13:00 | Oklahoma Student Loan Authority, Attn: Bankruptcy, P.O. Box 18475, Oklahoma City, OK 73154 |
| 14830411 | + | EDI: PENNDEPTREV | Jan 13 2024 05:12:00 | PA Dept of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14830411 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 13 2024 00:13:00 | PA Dept of Revenue, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14809142 | | Email/Text: CollectionsDept@PFCU.COM | Jan 13 2024 00:13:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14809144 | | EDI: PRA.COM | Jan 13 2024 05:12:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14809146 | | Email/Text: bankruptcy@self.inc | Jan 13 2024 00:13:00 | Self/southstate Bank, 515 Congress Ave, Austin, TX 78701 |
| 14809147 | + | Email/Text: bankruptcy@sw-credit.com | Jan 13 2024 00:14:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 14809148 | + | EDI: SYNC | Jan 13 2024 05:12:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14809149 | + | EDI: SYNC | Jan 13 2024 05:12:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14809118 | *+ | American Heritage FCU, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14809120 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14809121 | *+ | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2024 | Form ID: 318 | Total Noticed: 34 |

| | | | |
|---|---|---|---|
| 14809130 | *P++ | | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14809141 | *P++ | | OSLA STUDENT LOAN SERVICING, ATTN EMILY WRIGHT, 525 CENTRAL PARK DRIVE, SUITE 600, OKC OK 73105-1706, address filed with court:, Oklahoma Student Loan Authority, Attn: Bankruptcy, P.O. Box 18475, Oklahoma City, OK 73154 |
| 14809143 | *P++ | | PHILADELPHIA FEDERAL CREDIT UNION, ATTN BONNIE, 12800 TOWNSEND RD, PHILADELPHIA PA 19154-1095, address filed with court:, Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GEORGE M. CONWAY | on behalf of U.S. Trustee United States Trustee george.m.conway@usdoj.gov |
| JOSEPH WENDELL FLUEHR | on behalf of Creditor Nicholas Carone jfluehr@sogtlaw.com  jfiganiak@sogtlaw.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Michelle Parks mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| MICHAEL A. CIBIK | on behalf of Debtor Michael E Parks  Jr. mail@cibiklaw.com, cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael E Parks Jr.<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3782<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Michelle Parks<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5056<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 23–12510–amc | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Michael E Parks Jr.

Michelle Parks
aka Michelle Atkins

1/11/24

**By the court:** Ashely M. Chan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**