Michelle Parks
120 Theresa Ln
Telford Pa 18969

To Whom it may concern,

I have a bankruptcy showing on my credit report. I asked the credit bureaus to validate the information and they claimed it is verified through you.

Can you please confirm or deny that your office reported this bankruptcy to the credit bureaus?

I was not aware that the US Courts reported information with the credit bureaus. Please correct me if I am wrong.

I have enclosed a self-addressed return envelope for your convenience. Please send your response back to the above address.

Thanks you, Michelle Parks

