07/02/2025

Michael Parks

120 Theresa Lane

Telford, Pennsylvania 18969

US BKPT CT PA PHILADEL

900 MARKET ST RM 400

PHILADELPHIA, PA 19107



RE: 2312510

Dear Clerk of the Court,

I recently disputed information that was on my credit report that may not be reporting accurately. The credit bureaus say they verified the information with you and have told me I need to contact the furnisher of the information. What is your procedure for verifying this information? Do you verify directly with the credit reporting agencies?

Included with this correspondence is a return envelope with postage to respond to me with the attached form. I greatly appreciate your time and cooperation and will await your prompt response.

Sincerely,

Michael Parks

04/24/1979

3782

Michael Parks
120 Theresa Lane
Telford, PA 18969

0011966083400000<sup>I</sup>1

US BKPT CT PA PHILADEL
900 MARKET ST RM 400
PHILADELPHIA, PA 19107
USA